**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OPUS BANK, INC., a California business entity, and DOES 1-100 Inclusive,<br><br>　　　　Defendants | CASE NO.  CV 10-08621 GW (FFMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: October 12, 2010<br>Trial Date:　　September 13, 2011 |

　　Upon consideration of the Joint Stipulation to Dismiss Entire Action with Prejudice signed by all parties, and pursuant to Fed. R. Civ. Proc. 41(a)(1), IT IS ORDERED that this action is dismissed with prejudice in its entirety as to all parties.

IT IS SO ORDERED:

Dated: March 21, 2011

　　　　　　　　　　　　　　　　　*/s/ George H. Wu*

　　　　　　　　　　　　　　　　　GEORGE H. WU, U.S District Judge

---

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE